UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

                      Plaintiff,
     v.                                               **ORDER**
                                                   08-CV-361S

WATERMARK FINANCIAL SERVICES
GROUP, INC., ET AL.,

                      Defendants.

      IT HEREBY IS ORDERED, that for good cause shown, Plaintiff's Motion for Disbursement of Funds to Pay Tax Obligations and Fees of the Tax Administrator (Docket No. 231) is GRANTED.

      FURTHER, that the Clerk of Court shall issue a check on the Court Registry Account under the case name designation "SEC v. Watermark Financial" in the amount of $2,931, payable to "Damasco and Associates, Trust Account," for the payment of the tax obligations set forth in the Tax Payment Declaration (Docket No. 231-2).  The check shall contain the notation "2008-2012 tax payment" and have federal tax identification number "XX-XXX5470" (on file with the Court) written on it.

      FURTHER, that the Clerk of Court shall issue an additional check on the Court Registry Account payable to "Damasco & Associates" for the payment of fees and expenses of the Tax Administrator as set forth in the Fee Request Declaration (Docket No. 231-3.)  The check shall contain the notation "Tax Administrator Fees from inception through March 14, 2013."

FURTHER, that the Clerk of Court shall send the checks by overnight mail to the following address:

Damasco & Associates LLP
700 Monte Vista Lane
Half Moon Bay, CA 94019

FURTHER, that Plaintiff's counsel shall provide the Clerk of Court with an overnight shipping form billing the shipment to Plaintiff.

SO ORDERED.

Dated:  March 29, 2013
        Buffalo, New York

/s/William M. Skretny
WILLIAM M. SKRETNY
Chief Judge
United States District Court
