**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,                :
                                                                                           :
                                **Plaintiff,**                               :
                                                                                           :
                         - against -                       :
                                                                                           :
WATERMARK FINANCIAL SERVICES GROUP, INC.,          :
WATERMARK M-ONE HOLDINGS, INC.,                    :
M-ONE FINANCIAL SERVICES, LLC,                     :
WATERMARK CAPITAL GROUP, LLC,                      :
GUY W. GANE, JR.,                                  :
LORENZO ALTADONNA,                                 :
THOMAS BRICK and DEBORAH GALAS                     :         08-CV-361S
                                                                                           :
                       **Defendants, and**                    :
                                                                                           :
GUY W. GANE, III,                                  :
JENNA GANE,                                        :
DENKON, INC., and                                  :
KONSTANTINOS SAMOUILIDIS,                          :
                                                                                           :
                        **Relief Defendants.**                 :
                                                                                           :
-------------------------------------------------------------------------------x

## ORDER TRANSFERRING FUNDS TO COURT REGISTRY

      **WHEREAS,** on February 12, 2012, the Court in this action entered the *Judgment as to Defendants Guy W. Gane, Jr., Watermark Financial Services Group, Inc., Watermark M-One Holdings, Inc., M-One Financial Services, LLC, and Watermark Capital Group* (the "Judgment")(Docket No. 202); and

      **WHEREAS,** the Judgment provides, among other things, that the Defendants are jointly and severally liable for disgorgement of $5,835,425.70, reduced by amounts previously paid, for a total of $5,299,478.21, which remains largely unpaid;

**NOW, THEREFORE:**

**I.**

**IT IS ORDERED THAT** Bank of America is ordered to transfer, within 14 days of the receipt of this Order, all funds in the following account in the name of Guy W. Gane, Jr., including all interest that has accumulated therein, to the Clerk of this Court, in the form of a check made payable to "Clerk, US District Court":

Bank of America account #  -------- 2095

**II.**

**IT IS FURTHER ORDERED** that the Clerk shall deposit all funds paid to the Clerk in accordance with Paragraph I into an interest bearing account with the Court Registry Fund ("Registry Fund") or any other type of interest bearing account that is utilized by the Court. These funds, together with any interest and income earned thereon (collectively, the "Fund"), shall be held in the interest bearing account to be distributed pursuant to the *Order Creating a Fair Fund, Appointing Distribution Agent and Adopting Distribution Plan* entered May 1, 2013. In accordance with 28 U.S.C. § 1914 and the guidelines set by the Director of the Administrative Office of the United States Courts, the Clerk is directed, without further order of this Court, to deduct from the income earned on the money in the Registry Fund a fee equal to ten percent of the income earned on the Fund. Such fee shall not exceed that authorized by the Judicial Conference of the United States.

**SO ORDERED:**

Dated: October 31, 2013                          s/William M. Skretny
                                                 WILLIAM M. SKRETNY
                                                 Chief Judge
                                                 United States District Court