**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,

                        Plaintiff,

                  - against -

WATERMARK FINANCIAL SERVICES GROUP, INC.,
WATERMARK M-ONE HOLDINGS, INC.,
M-ONE FINANCIAL SERVICES, LLC,
WATERMARK CAPITAL GROUP, LLC,
GUY W. GANE, JR.,
LORENZO ALTADONNA,
THOMAS BRICK and DEBORAH GALAS                   08 Civ. 361S(S)

                      Defendants, and

GUY W. GANE, III,
JENNA GANE,
DENKON, INC., and
KONSTANTINOS SAMOUILIDIS,

                      Relief Defendants.
---------------------------------------------------------------------------x

**ORDER DIRECTING CLERK OF THE COURT TO:**
**(1) PREPARE AND MAIL CHECKS TO ELIGIBLE CLAIMANTS; AND**
**(2) DISBURSE FUNDS TO PAY FEES**
**AND EXPENSES OF TAX ADMINISTRATOR**

      **WHEREAS,** on May 1, 2013, this Court entered the *Order Creating a Fair Fund, Appointing Distribution Agent and Adopting Distribution Plan* (Dkt. 234) (the "Plan"), which, among other things, created a Distribution Fund, appointed a Distribution Agent to prepare a list of Eligible Claimants to receive a pro rata portion of the Distribution Fund to each Eligible Claimant, and to provide such Claimants with notice;

**WHEREAS,** on February 15, 2013, this Court entered the *Order to Appoint Tax Administrator* (Dkt. 227) which, among other things, appointed a Tax Administrator to fulfill the tax obligations of the Distribution Fund; and

**WHEREAS**, the Registry Account maintained by the Clerk of the Court in this case contains approximately $539,824.47;

**NOW, THEREFORE:**

**IT IS ORDERED THAT** the SEC's motion requesting entry of an *Order Directing Clerk of the Court To: (1) Prepare And Mail Checks to Eligible Claimants; and (2) Disburse Funds To Pay Fees and Expenses of Tax Administrator* (Docket No. 242) is GRANTED.

**IT IS FURTHER ORDERED THAT,** pursuant to the Plan, the Clerk of the Court is directed to distribute $500,000.03 from the Distribution Fund to the Eligible Claimants listed in the Attachment to the Declaration of David Stoelting dated February 10, 2014, as subsequently modified in the form attached hereto, and in the amounts set forth therein, and to mail these checks to the investors in postage pre-paid enveloped provided by the SEC, together with a statement containing the information set forth in Section III.D of the Plan.

**IT IS FURTHER ORDERED THAT** all funds distributed to Eligible Claimants will be applied to Defendants' disgorgement obligation.

**IT IS FURTHER ORDERED THAT**, pursuant to the *Order Appointing Tax Administrator* and the Declaration of Jude P. Damasco dated December 26, 2013, the Clerk of the Court is directed to prepare a check in the amount of $1,748.76, payable to Damasco & Associates LLP, and mail it to Daphne Snyder, Damasco & Associates LLP, 700 Monte Vista Lane, Half Moon Bay, CA 94019.

3

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction over this matter.


**SO ORDERED.**

Dated: April 7, 2014

      Buffalo, NY

s/William M. Skretny
WILLIAM M. SKRETNY
Chief Judge
United States District Court
