**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------------x
**SECURITIES AND EXCHANGE COMMISSION,**          :
                                                 :
                    **Plaintiff,**                      :
                                                 :
                  - against -                       :
                                                 :
**WATERMARK FINANCIAL SERVICES GROUP, INC.,**    :
**WATERMARK M-ONE HOLDINGS, INC.,**              :
**M-ONE FINANCIAL SERVICES, LLC,**               :
**WATERMARK CAPITAL GROUP, LLC,**                :
**GUY W. GANE, JR.,**                            :
**LORENZO ALTADONNA,**                           :
**THOMAS BRICK and DEBORAH GALAS**               :          08-CV-361S
                                                 :
                **Defendants, and**                :
                                                 :
**GUY W. GANE, III,**                            :
**JENNA GANE,**                                  :
**DENKON, INC., and**                            :
**KONSTANTINOS SAMOUILIDIS,**                    :
                                                 :
                **Relief Defendants.**             :
                                                 :
-------------------------------------------------------------------------------x

**ORDER DIRECTING CLERK OF THE COURT TO
DISBURSE FUNDS TO PAY LATE FILING AND PAYMENT PENALTIES AND
INTEREST FOR 2008-2011 FOR THE WATERMARK DISTRIBUTION FUND**

      **IT IS ORDERED THAT,** for good cause shown, Plaintiff's Motion for Disbursement of Funds to Pay Late Filing and Payment Penalties and Interest for 2008-2011 for the Watermark Distribution Fund (Docket No. 247) is GRANTED.

      **FURTHER**, that the Clerk of the Court shall issue a check drawn on the Court Registry Account for this case in the amount of $1,553.67, payable to "Damasco & Associates" for the payment of late filing and payment penalties and interest for the tax years 2008, 2009, 2010 and 2011, as set forth in the Declaration (Docket No. 247-1).

**FURTHER**, that the Clerk of Court shall send the check by overnight delivery mail to the following address:

>Damasco & Associates LLP
>700 Monte Vista Lane
>Half Moon Bay, CA 94019.

**FURTHER,** that Plaintiff's counsel shall provide the Clerk of Court with an overnight shipping form billing the shipment to Plaintiff.

**SO ORDERED.**

Dated: May 19, 2014
       Buffalo, NY

                                            s/William M. Skretny
                                           WILLIAM M. SKRETNY
                                                 Chief Judge
                                         United States District Court